# Dear Secretary of state

Wednesday, December 15, 2021      8:22 AM

**My name is David Nave I am writing this formal letter to help with the enclosed documents.**
**12/15/2021**

My hope is to end this long so called investigation, but after over 2 years & walls that I had to clime I have to ask for your help in obtaining a video that is evidence in not only a BPD, IA investergation that Was closed 3x first date closed 9/2020 refer to email from BPD task force, but after it was sent to former Mayor Walsh in Oct of 2020 it was reopened in the same month, closed again on 3/23/21, opened after a beating of my son Austin on 6/6/2021 opened on 6/16/2021, last email I will also enclose 8/23/2021. Still waiting on a letter. I want you to understand I did not want this, but they left me with no choice. I can show emails denial of said video 2020 3x.

I resubmitted & now after all this I receive a email stating no video, but I have IA emails & city , BPD an awful lot of proof

As well denial of a video lost as well. I sent a letter of demand & 5" packet at the 2 year statue, lost. I have emails I will

Enclose that will prove video is in fact as real as any. I should also let you know that DA Rollins was sent a copy of all.

This is a matter for your office as to the dates on this matter 3/30/2019, I have over $30,000 in med bills as well still treating. I will also place a motion I tried to move on with a police report on this guy, Sir I get the dynamic of the person who he is or should I say who he should not be? I have put together a good idea of what I have been through.

I look at it this way IA seen it or I would not have a police report or a email denying me, but really not hard to prove.

I want to add the first Sargent was taken off the case after police report & 14 months on the case. I found out in 8/2021,

But Taxer closed it in September, the rest is what it is & will be . I have no help legal the names are not ones people want

To play with. I find it a disgrace that he is still on the job with his history. IA wrote their findings 3x I doubt they took my word. They both told me he had no right to do what he did that night, Sir. I want to also state that my 2020 records in city records is gone, but I will also show that my account was made 2x will highlight in email. I will do my best to show what is going on. They are trying to stop me at full force at this point, 3 year statue is 3/30/2022, but a noticeable  letter of demand & 5" packet was sent lost ,but was in the right hands. Proof in emails, sad that I have to go through this, but a person that would give up is what they were hoping or thought I was , not me. What is right & wrong is my soul believes.

                                              Thank you
                                              David Nave

*[signature]*      12/15/2021

# Attachment's

Wednesday, February 10, 2021        8:45 AM

Mr Henning                                                              2/12/2021

I have taken the time to put together my past Med to the present for you , and you can
Clearly see what my Condition was Before I met Boston Police Captain John Danilecki .
On that evening my son Dylan , and his friend was robbed at the Basketball Court
For a phone . I asked my son to walk with me to see if we could find them & then just call Police ,
And before that could happen I met your Client Captain Danilecki , and I am still lost for the words
To Describe the first Incident at the corner of King & Adams St . I do not Forget one Second ,
And the Actions I seen that night was Beyond Anything in my life that I Felt Seen the Fear I was in Shock ,
And 5 people 4 young Black Males , and my Son saying STOP NOTHING IS WRONG THIS IS POP'S !
But the Captain Continued to SWING HIS PATON OVER ALL OF THEIR HEADS TO GET AT ME ,
and I was lost why he was so ( CRAZY I MEAN NUT'S ) ! After about 5 times I then said I think
He want's this I found a Red Sox Souvenir bat about a foot long , and I seen it was beat up so
I made a joke to Anthony to make a Pencil for Dylan as we walked at a slow Pace to our surprise 4 young men were
Crossing the St at the same time as we looked they seen Anthony , and was so Happy he was alive
for the shooting to his Head . They were old buddy's from school , and the Community as we were
Standing at King & Adam's St they were all joking , and I herd a sound come from my right , when I looked I seen
Someone coming towards us at a Very Fast Pace . I asked the boys is that a Cop or Security Guard ,
And as he come closer I seen he was a Boston Police Officer with a Paton Fully Open , and he Never
Said who he was or did he ask anything . In the Captains Statement in Court he State's he was riding
By in a Unmarked Police car , and Stopped  because of 4 Men Surrounding my son , and I also to Stop a
Fight . The Truth is the Captain was coming from the Door at 77 King St where he grew up , and Never rode up
In a car I have placed a picture of the St , and where the Captain came from . After the Captain was told Nothing is
Wrong Many times from the 4 Young Men , and my Son with a 38 Slug in his Temple Pocket one good hit
could Kill him , and the Captain just kept Swinging his Paton Over Their Heads with no Concerns about
Them at All . In my Statement that feels like it happened a hour ago I state that after all had come to a end
At King & Adams St the Captain asked what happened we told him , and this was after he told the other 4 young Men
to leave , and within 5min we were told to Disperse. As Anthony , and I were walking back home we were not
Far from the Captain we had not fully crossed yet . I then hear something I Never In my Life herd a Officer say
( He Is A Fucking Maggot ) with a Dad ,and I turned , and said you're a Captain you are a Disgrace, and at the same
time  Anthony was telling me that was the Cop that said your going to DIE , and that was the first time I knew of that .
When his twin Brother Austin came the Captain placed him in Cuffs then a Police Car , and would Not let him go with
his Brother in the Ambulance . Well back to the matter at hand after we crossed the 4 young men herd
Police Sirens, and told the 4 boys to go down Whitman St also said Anthony go in the back way, he was Terrified !
I was walking at Adams & Whitman St I herd someone running I turned , and the Captain was right there I had
Walked a Block he was Very Scary he asked Very Aggressive, Where is your Son ,and I said with Fear he went Home .
Before I knew it I was on the Ground with a 200 Pound or more Person Nailing on my Chest till the other Officers
Arrived. I have No Clue Why He Did this to Me ! He was in a RAGE I Never seen A Officer so ( CRAZY ) , and I
Live it every day . When his Back up came .and Everything was over because he did this ALONE  . When he had me on
the Ground it was like when you forget your keys he said that is right he is Disabled let him up . Then had me tell him
in front of all the Responding Officers the Matter Concerning Dylan Again for what he Never made a Report at ALL !
After that he said to leave as I was walking away I herd the Captain say , and I Quote( LOOK WHAT NAVE RAN UP ON
4 BLACK GUYS WITH ) ! I Stopped , and turned around I was about 10 feet away when I herd it I said NO ONE RAN UP
ON ANYONE WE ALL KNEW EACHOTHER ! I have had Enough of this case as for my Condition well there is No fixing
what your Client did to me I was already dealing with a Disability, and Pain that with a survey I had in 2008 to give
more Relief, and movement in my Right Foot . As you can see from the Meds I sent that it was on going for years

before I could come close to Relief or more movement . I had develop Neuropathy in my Left Foot from all the years
Of walking off center from favoring the Right Foot . The Damage to my Body from a Direct Action Caught on Video,
And is in the Position of IA , and your Legal Department that Alone will show Not anything that is in the Captain's
Statement of a Altercation between him , and I . This Video will show a Clear , and Undisputable Evidence of
AB with Force AB on a Disabled person , and AB Aggravated . This is on Video Not the AB with a Dangerous
Weapon ( PATON ) I am sure that Full Disclosure would insure a Racial Profile of the 4 young Men , and my son , and
I .I have put a lot of thought into this Matter , and with all the facts in this Case Alone I find it to be best for Everyone
To move on , and come to some Settlement, and Save the City from more Disappointment for the
Boston Police Department from Not Removing this Captain from Duty or placed on Leave . He was still able to
Continue he Dangerous Behavior. I am I person who has learned to Forgive in my life it is Very Important to do so ,
and for me to Stay Soba has become Very Concerning I Will Not take the risk of Pain Meds again , and I
will have to Suffer in Pain Because of this Condition as well . I have also been on Depression, and Anxiety
Meds for Bipolar with the same Doctor for over 10 Years this is something that they have helped me through
These past 2 Year's . I have had my Meds Increased to help me deal with the Severe Depression, and Anxiety
That has gone though the roof . I can Wake up 5 /6 time's a night most of the time the first thought is
Captain John Danilecki I CAN NOT STOP THINKING ! This is something that is part of my PTSD that I was
Also given as a past Symptom from 2011 , and on I have place in Attachments. For the most part I can go on , and on
My body is like a 70 or 80 year old man Now. I was told at some point in my life that I would get worse in the years to
come , and on 3/30/2019 your Client helped that happen . He push my Condition to a Level that I Truly did not
Think I would live to feel , and he has taken So Much from this Family I am Dad my son's are Afraid of what this Case
Would Bring to their Lives . I find that Very SAD I have always had a Great Respect for BPD , and I did Teach my son's
That they are the Good Guy's . But as Evidence has shown Not All Truly are . Take the Case of my son , and I Beaten
with a BAT , and it took 25 minutes for a car to Arrive Austin Only 13 Watching his Twin Brother , and Dad being
Jumped by 8 or 9 young men , and 2 woman taking to Police for that Time is A very Sad Message to any kid !
Took 4 Year's to go into Court , and Nothing with Clear Intent C11 . As for C6 more than I thought my boy's first arrest
was in May of 2012 that Case would be a Very big part of this a LT getting to Evolved , and the 8 or more hours 2 14
yr old boys was in a Cell not more than 8 Month's after the Beating in C11 District . To end this is hard because so
much say I would have that chance in a Court , and when it come's to my Son's I will Never Stop ! For one Everything
Can be PROVEN ! But I am not in the Health I once was 57 is not old but with my Conditions they have Rapidly
Increased with not only Pain but the lack of Medical hand's on Treatment that I surly Needed I am not sure
What the Future will bring I am very sure I am coming to a point where I need a Nurse to come help me with some
Bathing , and other Sensitive issues I have come to deal with , and I am Man with Pride , and I Respect
Anyone No matter who they are , and they are the only one's that can Change that . I have placed what I was in the
Process of doing for my son's as to Stating a Scooter Repair Shop I wanted to Call The Committee Repair Shop ,
And your Client TOOK IT !! I have So Much to deal with that this Case is So Overwhelming to me that I
Have been Advised Many Time's from my Doctor to Let Go it would be the Only Way to Move ON , and Start
A Fresh Life with my Son's who mean the World to Me ! Please note that is only a part of what I would bring into a
Federal Court , and a Reminder Mr Henning that I did tell you who I spoke with in 2/2019 about No one
Protecting this Family , and I would also like you to know that the Police Report was Recorded by me ,
And that the Sargent who wrote this Report after I say something referring to Anthony he TELLS WHERE I LIVE
397 Centre St Not ALL of the Addresses, and he DID NOT Write my Statement in Full as to my Hand Written
Statement with was placed with the Report but he Left Out the First Page All was Together as you can see in
The Attached Email Called Missing Page to IA , and I also was Denied in Making 10/2020 a Police Report C11 .
So with all this on the Plate , and Much More to Add I feel this case would be best with no Video on TV or
To Taint Any past Cases that the Captain made in his Years of Duty, and That I feel is best because I do know want to
give some person who should be in Jail a chance to have their Case herd or Overturned because of the Facts in mine,
And what would be a Circus witch I want No Part of . But Please by no mean's feel that I can Not Do this
because by then the US Justice Department would Surly Take over . Many things will come to life that
should not because of this Very SAD , and I am Lost on Word's believe that ?( To add This is one thing I will
Live with till the Day I Die on 2/29/2020 My only Brother Donny DIED I seen he for 2 hours the day before , and
I could Not Stay do to my Back I was coming the Next Day , and Could Not Get out of Bed . He Died at 6am 2/29/2020

I was Not Able to go to his WAKE or Say Good Bye ) Because of CAPTAIN JOHN DANILECKI ! I will end with that .
I Look forward to hearing for you within 30 Days of receiving this letter .

Thank You with Respect

David Nave

