Gmail

David Nave <dnave196410@gmail.com>

## Police Records Request :: B002010-121920
3 messages

**City of Boston** <CityofBoston@govqa.us>　　　　　　　　　　　　　　　　Mon, Dec 21, 2020 at 4:34 PM
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

--- Please respond above this line ---



*City of Boston*
*Mayor Martin J. Walsh*
*Public Records*

12/21/2020

RE: PUBLIC RECORDS REQUEST of December 19, 2020., Reference # B002010-121920

Dear David:

*[handwritten: Not No]*

The City of Boston (City) has received your request for public records. This response applies only to records that exist and are in the custody of the City. See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115. It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests. 950 CMR 32.04(5). Specifically, you stated:

> My 3 request for this evidence that is a direct violation of my right's.
> I am the Victim in this Crime. I would also like the matter handled,
> without media.
> Thank You
> David Nave

*[handwritten: ✓]*

It is not clear whether you wish to request public records from the Boston Police Department. Should you seek public records you are encouraged to file a new request.

Very truly yours,

*[signature]*

Shawn A. Williams, Esq.
Director of Public Records
Records Access Officer

*[handwritten: No city acces on city site. I can prove I Never would get past a email. Then all Changed after BPD Taskforse Email.]*

To monitor the progress or update this request please log into the Public Records Center.

**David Nave** <dnave196410@gmail.com>　　　　　　　　　　　　　　　　Mon, Dec 21, 2020 at 4:39 PM
To: City of Boston <CityofBoston@govqa.us>

Thank you for your email but I was sent this from the City . I was denied!
On Mon, Dec 21, 2020 at 4:34 PM City of Boston <CityofBoston@govqa.us> wrote:

 **Gmail**

David Nave <dnave

## Police Records Request :: B000794-060420
2 messages

**City of Boston** <CityofBoston@govqa.us>                              Wed, Ju
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

--- Please respond above this line ---

The Department is denying the release of this report for the following reason:

1. Treated as a public record request, the information contained in a pending
   subject to disclosure under the Investigatory Exemption. See MGL c. 4 §

**The information contained within a pending investigation is exempt pursu**
**(f).**

This case is still under investigation. The information contained within this repo
the investigatory exemption of the Public Records Law. Exemption (f), also kno
investigatory exemption, applies to:

*Investigatory materials necessarily complied out of the public view by law enfo*
*investigatory officials the disclosure of which materials would probably so preju*
*of effective law enforcement that such disclosure would not be in the public int*

*MGL c. 4, § 7 (26)(f)*

Exemption (f) permits investigative officials to withhold materials that could co
investigative efforts if disclosed. Accordingly, a records custodian may withho
relating to an ongoing investigation that could potentially alert suspects to the
investigative officials, and similarly, records custodians may withhold confider
techniques indefinitely since their disclosure would prejudice future law enfor

As stated by the Supervisor, "[a]n investigative agency is not required to dem
withhold the identities of voluntary witnesses, informants, or complainants. R

[Quoted text hidden]

---

**David Nave** <dnave196410@gmail.com>                                                          Mon, Dec 21, 2020 at 4:52 PM
To: City of Boston <CityofBoston@govqa.us>

I sent it in June was denied on 6/10/20 you can not deny me this is the case from IA BPD B000749-060420 you this video. You sent me a denial on it in June . I am going to take this a step further I will be happy to bring in a News Channel . Thank you
[Quoted text hidden]



David Nave <dnave196410@gmail.com>

## Police Records Request :: B002010-121920
1 message

**City of Boston** <CityofBoston@govqa.us>     Sat, Dec 19, 2020 at 12:38 AM
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

Dear David Nave
Thank you for your interest in public records of Boston Police Department. Your request has been received and is being processed. Your request was received in this office on 12/19/2020 12:35:57 AM and given the reference number B002010-121920 for tracking purposes.
If this is a media request, please contact the Office of Media Relations directly at 617.343.4520.
My 3 request for this evidence that is a direct violation of my right's . I am the Victim in this Crime . I would also like the matter handled , without media . Thank You David Nave
You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Public Records Center.
Director, Public Information
Boston Police Department

Track the issue status and respond at: https://bostonma.govqa.us/WEBAPP/_rs/RequestEdit.aspx?rid=7272



David Nave <dnave196410@gmail.com>

## Police Records Request :: B002010-121920

**David Nave** <dnave196410@gmail.com>    Mon, Dec 21, 2020 at 4:39 PM
To: City of Boston <CityofBoston@govqa.us>

Thank you for your email but I was sent this from the City . I was denied!
On Mon, Dec 21, 2020 at 4:34 PM City of Boston <CityofBoston@govqa.us> wrote:

# M Gmail

David Nave <dnave

## Police Records Request :: B000794-060420
2 messages

City of Boston <CityofBoston@govqa.us>                                                               Wed, Ju
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

--- Please respond above this line ---

The Department is denying the release of this report for the following reason:

1. Treated as a public record request, the information contained in a pending subject to disclosure under the Investigatory Exemption. See MGL c. 4 §

**The information contained within a pending investigation is exempt pursu (f).**

This case is still under investigation. The information contained within this repo the investigatory exemption of the Public Records Law. Exemption (f), also kno investigatory exemption, applies to:

*Investigatory materials necessarily complied out of the public view by law enfo investigatory officials the disclosure of which materials would probably so preju of effective law enforcement that such disclosure would not be in the public int*

MGL c. 4, § 7 (26)(f)

Exemption (f) permits investigative officials to withhold materials that could co investigative efforts if disclosed. Accordingly, a records custodian may withho relating to an ongoing investigation that could potentially alert suspects to the investigative officials, and similarly, records custodians may withhold confider techniques indefinitely since their disclosure would prejudice future law enfor

As stated by the Supervisor, "[a]n investigative agency is not required to dem withhold the identifies of voluntary witnesses, informants, or complainants. R

[Quoted text hidden]

 Gmail

David Nave <dnave196410@gmail.com>

## Police Records Request :: B002010-121920
1 message

**City of Boston** <CityofBoston@govqa.us>  Sat, Dec 19, 2020 at 12:38 AM
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

Dear David Nave
Thank you for your interest in public records of Boston Police Department. Your request has been received and is being processed. Your request was received in this office on 12/19/2020 12:35:57 AM and given the reference number B002010-121920 for tracking purposes.
If this is a media request, please contact the Office of Media Relations directly at 617.343.4520.
My 3 request for this evidence that is a direct violation of my right's . I am the Victim in this Crime . I would also like the matter handled , without media . Thank You David Nave
You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Public Records Center.
Director, Public Information
Boston Police Department

Track the issue status and respond at: https://bostonma.govqa.us/WEBAPP//_rs/RequestEdit.aspx?rid=7272

# M Gmail

David Nave <dnave

## Police Records Request :: B000794-060420
2 messages

**City of Boston** <CityofBoston@govqa.us> Wed, Ju
To: "dnave196410@gmail.com" <dnave196410@gmail.com>

--- Please respond above this line ---

The Department is denying the release of this report for the following reason:

1. Treated as a public record request, the information contained in a pending subject to disclosure under the Investigatory Exemption. See MGL c. 4 §

**The information contained within a pending investigation is exempt pursu (f).**

This case is still under investigation. The information contained within this repo the investigatory exemption of the Public Records Law. Exemption (f), also kno investigatory exemption, applies to:

*Investigatory materials necessarily complied out of the public view by law enfo investigatory officials the disclosure of which materials would probably so preju of effective law enforcement that such disclosure would not be in the public int*

MGL c. 4, § 7 (26)(f)

Exemption (f) permits investigative officials to withhold materials that could co investigative efforts if disclosed. Accordingly, a records custodian may withho relating to an ongoing investigation that could potentially alert suspects to the investigative officials, and similarly, records custodians may withhold confider techniques indefinitely since their disclosure would prejudice future law enfor

As stated by the Supervisor, "[a]n investigative agency is not required to dem withhold the identifies of voluntary witnesses, informants, or complainants. R