Boston, MA 00:52

**+1 (617) 635-5300** 3/10/2
Boston, MA 00:13

*Henning Cell*

**+1 (617) 504-2707**

(Maybe:) Greg Henning

March 9, 2020 at 11:09 AM

*Cell Phone*

0:00                                              −0:42

*Attorney for Captain Called to meet*




## Transcription Beta

"Hey Mr. Nave it's Greg _____ I'm supposed to be meeting you tomorrow at 9 AM to a grab a

Boston, MA

**+1 (617) 414-0...**   5/26/20
Boston, MA                    00:52

**+1 (617) 635-5300**   3/10/2
Boston, MA                    00:13

## Transcription Beta

"Hey Mr. Nave it's Greg _____ _____ I'm supposed to be meeting you tomorrow at 9 AM to a grab a cuppa coffee and chat a little ___ my colleagues about the case of all the _____ _____ want you to check in on the PS café and see what she looks to be closed so I wanted

Boston, MA 00:52

**+1 (617) 635-5300** 3/10/2
Boston, MA 00:13

PS cafe and see what she looks to be closed so I wanted to do was switch location there's a place called suite life down and lower Mills right on Dorchester Avenue I was hoping you could be there at 9 AM I supposed to have them ___ much so give me a call back a little bit later on but if you can call me let me know if that location works 617-504-2707 again Greg 617-504-2707

LegalBPD

 message   mobile   video   mail   pay

## December 8, 2021

**1:30 PM**   **Outgoing Call**
17 seconds

**1:29 PM**   **Outgoing Call**
1 minute

**1:25 PM**   **Outgoing Call**
3 minutes

mobile `RECENT`
(617) 343-4550

Notes

*Next Sergt Boyle*

# Boston Police Department

1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston Police Department

*[Handwritten annotations: "Sent back to", "Thank God to Sept soon", "1st Date closed", "IA Closed Now 3/22/21"]*

## I# 202028266 - Offense/Incident Report Cover Sheet

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Apr 20, 2020 18:01 | C11 / H443 | Mar 30, 2019 21:00 - 22:00 |

### OFFENSE-1

**OFFENSE CODE**
INVESTIGATE PERSON

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME | OCCURRED TO DATE/TIME |
|---|---|---|
| ADAMS ST & KING ST, BOSTON, MA 02122 | Mar 30, 2019 21:00 | Mar 30, 2019 22:00 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| W-1 | Anthony Nave | 35 HARBOUR VIEW ST 2 DORCHESTER, MA 02125 | 1997-10-10 | White | Male |
| S-1 | UNKNOWN UNKNOWN | | | | |
| V-1 | David Nave | 0026 PATTERSON 368 S BOSTON, MA | 1964-10-30 | White | Male |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| R-1 | Myself *[handwritten: Captain Danilecki]* | |

### NARRATIVE

On April 20th, 2020 Sergeant Brian Mahoney, H905, spoke to a victim who stated he was assaulted by a Boston Police Officer on March 30th, 2019 at King & Adams Street, Dorchester.

Sgt. Mahoney spoke to David Nave, victim, who stated on 03-30-2019 between 9 PM and 10 PM he was walking on Adams Street @ King St., towards Hemenway Park, with his son, Anthony Nave. He stated as they were walking he picked up a small baseball bat as they walked. They were approached by 4 young men that were friends with his son Anthony.

Mr. Nave stated he heard a sound of 3 chimes coming from his right and looked and saw a man in uniform he believed to be Boston Police Captain John Danilecki. He stated Mr. Danilecki tried to assault him by swinging his baton over the heads of the young men and strike him. The young men circled Mr. Nave and yelled "stop, this is Pops" as Mr. Nave handed the small baseball bat to Mr. Danilecki. Mr. Nave stated he didn't know Mr. Danilecki but his son remembered him from when he was shot in the head approximately 9 months earlier.

As the group moved to Whitman Street, Mr. Nave told the young men to take his son in the back entrance when he heard police cars and someone running at him. He turned and was stopped by Mr. Danilecki. He was asked where his son was and then grabbed from behind and taken to the ground. Mr. Danilecki held him down with his knee until

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| BRIAN MAHONEY #010801   Apr 20, 2020 19:41 (e-signature) | KENNETH MACMASTER #010722   Apr 20, 2020 19:58 (e-signature) |
| PRINT NAME | PRINT NAME |

# I# 202028266 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Apr 20, 2020 18:01 | C11 / H443 | Mar 30, 2019 21:00 - 22:00 |
| REPORTING OFFICER | WEATHER | |
| BRIAN MAHONEY #010801 | Clear (Night) | |
| REPORT TAKEN LOCATION | | |
| ADAMS ST & KING ST, BOSTON, MA 02122 | | |

## NARRATIVE

On April 20th, 2020 Sergeant Brian Mahoney, H905, spoke to a victim who stated he was assaulted by a Boston Police Officer on March 30th, 2019 at King & Adams Street, Dorchester. *NO NAME*

Sgt. Mahoney spoke to David Nave, victim, who stated on 03-30-2019 between 9 PM and 10 PM he was walking on Adams Street @ King St., towards Hemenway Park, with his son, Anthony Nave. He stated as they were walking he picked up a small baseball bat as they walked. They were approached by 4 young men that were friends with his son Anthony.

Mr. Nave stated he heard a sound of 3 chimes coming from his right and looked and saw a man in uniform he believed to be Boston Police Captain John Danilecki. He stated Mr. Danilecki tried to assault him by swinging his baton over the heads of the young men and strike him. The young men circled Mr. Nave and yelled "stop, this is Pops" as Mr. Nave handed the small baseball bat to Mr. Danilecki. Mr. Nave stated he didn't know Mr. Danilecki but his son remembered him from when he was shot in the head approximately 9 months earlier.

As the group moved to Whitman Street, Mr. Nave told the young men to take his son in the back entrance when he heard police cars and someone running at him. He turned and was stopped by Mr. Danilecki. He was asked where his son was and then grabbed from behind and taken to the ground. Mr. Danilecki held him down with his knee until Officers arrived. He explained to the Officers that Mr. Nave ran up on 4 black guys with the small baseball bat. Mr. Nave denied the accusation.

Mr. Nave explained that he had already contacted BPD Internal Affairs concerning the allegation. Sgt/Det Fitzgerald, IAD, notified and he requested the report be written. Mr. Nave showed Sgt. Mahoney a Harassment Prevention Order request from the court (which was denied) and handwritten notes of the incident. The notes were attached to the incident report.

## REPORTING PARTY -1
REPORTING PARTY -1 (ORGANIZATION)

R-1 Myself

## OFFENSE-1
OFFENSE CODE

INVESTIGATE PERSON

| OCCURRED FROM DATE/TIME | OCCURRED TO DATE/TIME | SUSPECTED HATE CRIME |
|---|---|---|
| Mar 30, 2019 21:00 | Mar 30, 2019 22:00 | ☐ YES  ■ NO |

OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| BOSTON | MA | 02122 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| ADAMS ST | KING ST |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| BRIAN MAHONEY #010801   Apr 20, 2020 19:41 (e-signature) | KENNETH MACMASTER #010722   Apr 20, 2020 19:58 (e-signature) |
| PRINT NAME | PRINT NAME |

| LOCATION CATEGORY | DISTRICT / SECTOR / REPORTING AREA | PUBLIC / PRIVATE |
|---|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | C11 / H443 | Public |

**VICTIMS-1**

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 Nave, David | 1964-10-30 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not of Hispanic Origin | (857) 212-2877 (primary, cell) |

HOME ADDRESS
0026 PATTERSON, 368, S BOSTON, MA

**SUSPECTS-1**

SUSPECTS-1 NAME (LAST, FIRST MIDDLE)
S-1 UNKNOWN, UNKNOWN

**WITNESS-1**

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 Nave, Anthony | 1997-10-10 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not of Hispanic Origin | (857) 309-6401 (primary, Home), (857) 225-5575 (cell) |

HOME ADDRESS
35 HARBOUR VIEW ST, 2, DORCHESTER, MA 02125

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MARITAL STATUS |
|---|---|---|
| Anthony | Nave | Single |

| DOB / ESTIMATED AGE RANGE | PLACE OF BIRTH / STATE OF BIRTH | RACE / ETHNICITY | SEX |
|---|---|---|---|
| 1997-10-10 | BOSTON MA | White / Not of Hispanic Origin | Male |

| DECEASED | SSN # | STATE ID NUMBER |
|---|---|---|
| ☐ YES ☐ NO | 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 | 10609840 |

FBI ID #
537685PD1

HOME ADDRESS-1
35 HARBOUR VIEW ST, 2, DORCHESTER, MA 02125    2014

HOME ADDRESS-2
62 BROOKS STREET, BRIGHTON, MA 02135

HOME ADDRESS-3
62 BROOKS ST, BRIGHTON, MA 02135    when shot / 2018

HOME ADDRESS-4
431 WASHINGTON ST, 2, DOR, MA    2011

HOME ADDRESS-5
35 HARBORVIEW, BOSTON, MA 02127    2012

| PHONE NUMBER | HEIGHT | WEIGHT | EYE COLOR |
|---|---|---|---|
| (857) 309-6401 (primary, Home), (857) 225-5575 (cell) | 5' 10" | 160 lbs | Hazel |

| FACIAL HAIR | IDENTIFYING MARKS |
|---|---|
| Mustache With Beard | Tattoo, Torso - Front - Birds: bird/mary |

| HAIR COLOR / LENGTH / STYLE | VISION | BUILD | LICENSE STATE |
|---|---|---|---|
| Brown | Other | Thin | Massachusetts |

EMPLOYER NAME-1
Valvoline Oil Change

EMPLOYER ADDRESS
BRIGHTON, MA US

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| BRIAN MAHONEY #010801  Apr 20, 2020 19:41 (e-signature) | KENNETH MACMASTER #010722  Apr 20, 2020 19:58 (e-signature) |
| PRINT NAME | PRINT NAME |

Officers arrived. He explained to the Officers that Mr. Nave ran up on 4 black guys with the small baseball bat. Mr. Nave denied the accusation.

Mr. Nave explained that he had already contacted BPD Internal Affairs concerning the allegation. Sgt/Det Fitzgerald, IAD, notified and he requested the report be written. Mr. Nave showed Sgt. Mahoney a Harassment Prevention Order request from the court (which was denied) and handwritten notes of the incident. The notes were attached to the incident report.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| BRIAN MAHONEY #010801   Apr 20, 2020 19:41 (e-signature) | KENNETH MACMASTER #010722   Apr 20, 2020 19:58 (e-signature) |
| PRINT NAME | PRINT NAME |

| OCCUPATION | EMPLOYMENT START - END DATE |
|---|---|
| Mechanic | Unknown dates |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | DECEASED |
|---|---|---|
| Unknown | Unknown | ☐ YES ☒ NO |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MARITAL STATUS | |
|---|---|---|---|
| David | Nave | Unknown | |
| DOB / ESTIMATED AGE RANGE | PLACE OF BIRTH / STATE OF BIRTH | RACE / ETHNICITY | SEX |
| 1964-10-30 | BOSTON MA | White / Not of Hispanic Origin | Male |
| DECEASED | SSN # | STATE ID NUMBER | |
| ☐ YES ☒ NO | 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 | 10021742 | |
| FBI ID # | RESIDENT OF BOSTON? | | |
| 276766MA2 | Yes | | |

| HOME ADDRESS-1 |
|---|
| 0026 PATTERSON, 368, S BOSTON, MA     *35 years ago* |
| HOME ADDRESS-2 |
| 397 CENTRE ST, 3, CENTRE CT & ADAMS ST, DORCHESTER, MA 02122    *8 years Present!* |
| HOME ADDRESS-3 |
| 104 MERCER, 862, S BOSTON, MA 02127    *2010* |

| PHONE NUMBER | HEIGHT | WEIGHT | EYE COLOR |
|---|---|---|---|
| (857) 212-2877 (primary, cell) | 5' 7" | 160 lbs | Brown |
| FACIAL HAIR | IDENTIFYING MARKS | | |
| Unknown | Tattoo, Left Arm - General - Miscellaneous | | |
| HAIR COLOR / LENGTH / STYLE | | VISION | BUILD |
| Brown | | Other | Unknown |
| LICENSE ID # | LICENSE STATE | | |
| NONE | Massachusetts | | |
| EMPLOYER NAME-1 | | | |
| Unknown | | | |
| EMPLOYER ADDRESS | | | |
| MA US | | | |
| OCCUPATION | | EMPLOYMENT START - END DATE | |
| None | | Unknown dates | |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| David Nave | RELATIONSHIP UNKNOWN *(circled)* | Anthony Nave   *Son!* |

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 202004201702.pdf | Apr 20, 2020 18:11 | B. MAHONEY #010801 |

## REPORT HISTORY

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| BRIAN MAHONEY #010801   Apr 20, 2020 19:41 (e-signature) | KENNETH MACMASTER #010722   Apr 20, 2020 19:58 (e-signature) |
| PRINT NAME | PRINT NAME |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 04/20/2020 19:58 | K. MACMASTER #010722 | Approved the report |

REPORTING OFFICER SIGNATURE / DATE
BRIAN MAHONEY #010801   Apr 20, 2020 19:41 (e-signature)
PRINT NAME

SUPERVISOR SIGNATURE / DATE
KENNETH MACMASTER #010722   Apr 20, 2020 19:58 (e-signature)
PRINT NAME