# To The Residing Judge

Thursday, March 24, 2022        10:45 PM

My name is David Nave on 3/22/2022 I filed a civil lawsuit with the clerks office.
First let me say how kind they were to me ,Sir. They helped as much as they could.
I arrived in the morning after the court opened, And left at closing. I had so much to present
To the court the girls told me I had to put it on ( CD). I do not know how so I did the best I
Could with the time I had. Sir on 3/11/2022 I spent 3 hours in Dorchester court. One reason
Is that I have constent spasms. I receive Branch blocks for this every 4 weeks. I have 2 Bulging
Disk, as well with a right kidney with a lesion 9mm long . The neve will start at my neck & will stop at my
spine. This is the Block I get , but funny thing is I can not wait for the next one.
3 Needles & I do not feel a thing when they do it the pain is so bad. I also placed a packet
From Dorchester court on my complaint that has more obstruction as I state. The case was put
On for 3/24/2022 today, but that was not the case when I logged into a zoom hearing. I had
Them tell me I was being charged on a matter that happened in Oct of 2021. Not worried! They gave me
a Doc # 2207AC000659 with a meeting number & code. I had a very had time logging in, but when I did it
was not the meet number that sent me to this , hearing. It was 1611161172 code is 053816. I will inclose
the numbers that I printed. This case is 3 years past, but today was all Corruption he had the court
change the hearing. They walked into the court today 3/24/2022
& I filed on 3/11/2022 was not on I was given the Doc# & date on the phone 6 days after I filed I called.
The same clerk was not only rude , but hung up. I wish I could say different, but now they say we have
not made a date ,omg. Sir they did. The complaint taken out today by a Detective was herd I cut off the
hearing I first laugh, and thought I was in the wrong room. I was not. The new Doc # for the charge is
2207CR857 I was given a no good Doc for my case. I asked them to copy them on 3/21/2022 & came to
your court on 3/22/2022, but my case was not herd I have called everyone a person can. I print phone
records every 90 days, Sir. I have made this case on my own no one will help no attorneys will get
involved, no one! I have tried the bar, and more A.G D.A Rollins was sent in 9/22/2021 4 " of a case that
would charge anyone. IAD obtained the video I seen them on 4/1/2019. This took place all on video the
take down only. No crime the police report was taped by me before I left & the Sargent did what he did
with it. This case is Astronomical! I have not given up, and why would a Sargent from IAD order a police
report if this was not true. The copies I place in my complaint will show , but not the black & white I
placed the color ones in the Chief Magistrate did that, but I thought I could trust him ,Sir. I was wrong I
look at this as a no show they put a charge that will back fire on me , but for 3 years I have spent most of
it in the home, and I have to walk with a cane . My surgeon gave me a goal on 1/27/2022 when he told
me the out come after 7 MRI 1 2020 6 2021 test after test. I am also disabled he took so much from not
just me my sons. Sir to write this case down I could make a book. Make Doctor I see for Depression,
Bipolar, Anxiety & PTSD told me to let it go. So I told a Mr Henning I was sending a letter of Demand also
a 5" Packet. All this is in emails 47 alone with him. I quote make sure you send it to Henning Strategies,
his firm. I have all I need they thought they could run me into the ground. This case has been opened &
closed 3 times 9/2020 closed 10/2020 open refer to task force email from BPD. Former mayor Marty
Walsh new of it I emailed him, Janey, Wu. I placed another request in on 12/8/2021 on 12/10/2021 like
all no city heading ,Jean Shirley sent me a email at 4:44pm I called 4:55pm in phone logs. Shawn
Williams responed in a email & stated I spoke to her. She also stated in email a search of BPD evidence
room & no video exists. Then Jean Shirley, hung up! Well on 12/16/2021 I had my first block it gave me
the ability to go to city hall on 12/20/2021. I knew mayor Wu was having a news conference about
COVID. After the meeting I went to her office & placed the BPD Task Force letter, and some past letters
about me from some great people. I then headed to the Secretary of State I have no words on how fast
Shawn Williams sent a email stating at 12:30pm that there is a video now attached to a IA investergation
he said he had to ask BPD .. I gave Shawn Williams from 12/20/2021 till 1/3/2022 I state it is time for the

FBI to step in I had 3 tracking numbers at that time that is part of the obstruction. I had been waiting 3 weeks from his last email on 12/23/2021. I NEED HELP PLEASE ! I have so much evidence they stopped my hearing for what him to retire, before. I called the AG,DA,IA for 3 years I had to much to enter into the case . I just bought a suit case on wheels so much & printed on the plane paper no back. See when I show this I am very sure the court will be very disappointed. I have done what the people we put in office have not, but now Corruption in Dorchester court. I am not one bit concernd.

I have it all on video, and nothing in the police report is what really happened. This is after I went to IAD a lot has happened take this new thing 10/2020 is when this took place this was a very bad thing to use that, and play in a court of LAW. I prey I can close this ,Sir I only want to move on, but they made it bigger than it ever was. Captain John Danilecki was the only matter IAD tried top brass sent it back 3x in June after I called the IA about a Beating BPD gave to my son. They obtained it 9 months later the officer charged him dismissed more than that, Sir. I hope this will help with what I put in my complaint to the court. This is AB on a disabled person AB Deadly wepon, Paton 6 counts 5 other people , and I then when he ask me where my son was I just said he went home I was really afraid, with in a sec the video will show more than anyone wants you to see, Sir. I wish I could of know what I needed to do to help you see. This matter is city legal, records with no pick up in records or call back I called 311 2x made reports have copies. I will stop here, Sir . I can not sit anymore to much they will not give another till I speak to them. But I had to wait 3 weeks because if I had the Block . My Booster shot would be not as strong to protect me. Forgive for having to stop, but I have stopped 4 times. I will go to Dorchester court for copies of this I have no clue what to call it. I hope to see this court soon. I did many years ago, but I wish the Judge who cared & Never gave up on me was told I did get my life together & with the roll he played in my life was one of great respect. The Honorable Douglas P Woodlock what a man I spent 35min speaking in his court it was for another bad test, but when my really nice PO had enough. The Judge did not , now this is funny ,Sir . He said your giving up on him? Guess what you have him for 5 more years, but that is not the funny part when I went to report at Long Pond Rd Sully said we don't know if you got sentenced or we did lol from the great people I have met in my life. I want to thank you for letting me shear. Ps Stay Safe

                    Thank you
                    David Nave

Pro.S.E.