Sir on 2/2019 US attorney was kind to call me. I left mesg about BPD Not Protecting my Sons

FILED IN CLERKS OFFICE
2022 MAR 25 AM 11:40
U.S. DISTRICT COURT
DISTRICT OF MASS

### A single click, all details in one view

You can also RSVP, join a video call or perform actions like duplicating and transferring ownership. Double-click on the event to make changes.

Got it

### David Nave's Zoom Meeting

Thursday, March 24 · 11:00 – 11:30am

https://us05web.zoom.us/j/82467044617?pw

David Nave is inviting you to a scheduled Zoor

Join Zoom Meeting
https://us05web.zoom.us/j/82467044617?pwd=eGlsQnFyR2lsc0JDTHZ4M3ZPSFJYQT09

Meeting ID: 824 6704 4617
Passcode: 053816

What they put in place of my hearing — my pass code

30 minutes before

David Nave

David Nave's Zoom Meeting

Thursday, March 24 · 11:00 – 11:30am

https://us05web.zoom.us/j/82613246656?pw

David Nave is inviting you to a scheduled Zoor

Join Zoom Meeting
https://us05web.zoom.us/j/82613246656?pwd=cDVsNDQ1Q0lhckFPNEJxMVRwaTE4Zz0

Meeting ID: 1611161172  Mine
Passcode 053816  Pass code too

30 minutes before

David Nave

Free

A single click, all details in one view

You can also RSVP, join a video call or perform actions like duplicating and transferring ownership. Double-click on the event to make changes.

Got it

✕ **David Nave's Zoom Meeti**                                    Save           More actions ▾

Mar 24, 2022      11:00am   to   11:30am      Mar 24, 2022   (GMT-04:00) Eastern Time - New York   Time zone

☐ All day    Does not repeat ▾

**Event Details**   Find a Time                                                              **Guests**

📹  Add Google Meet video conferencing                                                        Add guests

📍  https://us05web.zoom.us/j/82467044617?pwd=eGlsQnFyR2lsc0JDTHZ4M3ZPSF                       Guest permissions

🔔  Notification ▾   30   minutes ▾   ✕                                                       ☐ Modify event
                                                                                             ☑ Invite others
Add notification                                                                             ☑ See guest list

📅  David Nave  ▾

💼  Busy ▾   Default visibility ▾  ⓘ

≡  📎  **B**  *I*  U̲  ≡  ≡  🔗  T̶

David Nave is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us05web.zoom.us/j/82467044617?
pwd=eGlsQnFyR2lsc0JDTHZ4M3ZPSFJYQT09

https://calendar.google.com/calendar/u/0/r/eventedit/a2Zvdm5iNzk4Y2VibmtvNW1oYTE4b3RmcG8gZG5hdmUxOTY0MTBAbQ?_x_zm_rtaid=EeD9lUWzQMmVW44ucJeVGQ.1648129016887.96e2a4c...

I could not log in they changed meeting # not pass code. They filed a sameday hearing