# Captain John H Danilecki

Police Captain at Boston Police

| | | |
|---|---|---|
| **Employed on 7/15/2020** Yes | **Employee #** 8947 | **Badge #** 48 |
| **DOA** Nov 24, 1986 | **Rank** Capt | **Residence** Walpole, MA 02081 |
| **Organization** Bureau Field Serv./ Off. Chief | **Title** Police Captain | **IA Score** [2] 3 Concerning |

John H Danilecki is an active Captain in the Boston Police Department. They live outside Boston in Walpole, MA. Captain John H Danilecki has been a Boston Police officer for 34 years. They were paid a total of $339,928.48 in 2020. They were the 4th highest earner in 2020 among Boston Police Department employees.

**Captain John H Danilecki was added to the** Law Enforcement Automatic Discovery (LEAD) **database** maintained by the Suffolk County District Attorney on *N/A*. Information from LEAD entry: *Open BPD Internal Affairs investigations. Boston Globe 06/24/2020*

## Table of Contents

Earnings
Incident Journal 0
Paid Details 109
Traffic Citations 7
Field Contacts 0
SWAT Reports 0
Complaints (IA Cases) 11
Articles 12
Source Materials

## Internal Affairs Overview

Captain John H Danilecki has an IA Score of 3 Concerning. Our database shows 3 Internal Affairs cases containing at least one sustained allegation against this officer, and 11 cases total, regardless of finding.

The Internal Affairs Division has found Captain John H Danilecki in violation of policies including Attendance/Reporting for Duty, Acceptance of Details, Neg.Duty/Unreasonable Judge, and Violation of Computer Use.

### Allegations Against this Officer Sustained by the Internal Affairs Division (2000 - 2020) [?]

| IA # | Received | Allegation | Finding | Action Taken |
|---|---|---|---|---|
| 15304 | Sep 9, 2004 | Attendance/Reporting for Duty | Sustained | N/A |
| 15304 | Sep 9, 2004 | Acceptance of Details | Sustained | N/A |
| 20902 | Nov 4, 2002 | Neg.Duty/Unreasonable Judge | Sustained | N/A |
| 3701 | Feb 3, 2001 | Violation of Computer Use | Sustained | N/A |

See all investigations naming this officer

## Concerning News Coverage and Documents

Captain John H Danilecki has been named in news articles, court records, and/or other documents that contain concerning allegations.

| Date | Source | Article |
|---|---|---|
| Jun 17, 2020 | Boston Globe | Boston's highest-paid worker: a cop accused of payroll abuse in 2007 st year. The city's second-highest-paid official last year, John Danilecki is currently the subject of an |

| | | | | WORKED | Pay |
|---|---|---|---|---|---|
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 24, 2019 9:00 am | 6:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 23, 2019 9:30 am | 5:30 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 17, 2019 9:30 am | 5:30 | $480.00 |
| on SPS New England, Inc | ALFORD ST | Apr 16, 2019 8:30 am | 2:00 | $240.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 30, 2019 9:00 am | 6:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 3, 2019 9:30 am | 5:30 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 5, 2019 10:00 am | 5:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 1, 2019 10:30 am | 5:00 | $480.00 *Next morning* |
| on SUSI, MARIO & SON | HARRISON AV & THORNDIKE ST | Mar 26, 2019 9:00 am | 6:00 | $480.00 *after night S* |
| RED SOX BOSTON RED SOX ASSOCIATION | FENWAY | Apr 14, 2019 10:45 am | 7:00 | $480.00 *& Case - 3/30/1* |

Showing 109 entries

*Date Met*
*I.A 4-1-2019*

## Traffic Citations

Traffic citations issued by this officer in 2011 - 2020. Learn more

*Captain on 10:30AM after night shift*

| # | 𝒫 | Date | Officer | Agency | Location | Amount | Type | Source | Violator |
|---|---|---|---|---|---|---|---|---|---|
| T0227842 | N | Jun 26, 2019 2:05 pm | Danilecki, John H | District A-1 | Boston | $0.00 | CIVIL | N/A | OPERATOR |
| T0853030 | N | Jun 13, 2018 11:16 pm | Danilecki, John H | Area B | Roxbury | $705.00 | CIVIL | N/A | OPERATOR |
| T0243885 | N | Sep 6, 2017 6:00 pm | Danilecki, John H | Area B | Roxbury | $255.00 | CIVIL | N/A | OPERATOR |
| R2167189 | N | Jun 2, 2012 1:00 am | Danilecki, John H | Area A | Boston | $0.00 | CIVIL | N/A | OPERATOR |
| R2167909 | N | May 17, 2012 6:00 pm | Danilecki, John H | Area J | Roxbury | $0.00 | CRIM | N/A | OPERATOR |
| R2167908 | N | May 17, 2012 6:00 pm | Danilecki, John H | Area J | Roxbury | $0.00 | CRIM | N/A | OPERATOR |
| M4870719 | N | May 3, 2011 3:00 pm | Danilecki, John H | Area D | S Boston | $150.00 | CIVIL | N/A | OPERATOR |

Showing 7 entries

## Field Contacts

Field Interrogation and Observation (FIO) reports filed by this officer. Learn more

| FC # | Date | Contact Officer | Supervisor | Street | City | State | Zip | Frisk? | Veh. Srch? | Duration |
|---|---|---|---|---|---|---|---|---|---|---|

Showing 0 to 0 of 0 entries

# SWAT Reports

SWAT operations in which this officer participated. Reports currently cover 2010-2014. Due to transcription errors, this list may be incomplete. Learn more

| SWAT # | Date |
|---|---|
| No data available in table | |

Showing 0 to 0 of 0 entries

# Complaints (IA Cases) — IA Score: 3 Concerning ?

Complaints filed against this officer either by citizens or as a result of internal investigations. This data reflects the years 2001-2020, but may be incomplete. Learn more

| IA # | Type | Received | Employee | Allegation | Finding |
|---|---|---|---|---|---|
| IAD2019-0448 | Citizen complaint | Oct 1, 2019 | Danilecki,John H | Neg.Duty/Unreasonable Judge (2 total) | Not Sustained |
| IAD2017-0032 | Citizen complaint | Jan 23, 2017 | Danilecki,John H | Respectful Treatment | Not Sustained |
| IAD2017-0024 | Citizen complaint | Jan 17, 2017 | Danilecki,John H | Respectful Treatment | Not Sustained |
| E2010-001 | Citizen complaint | Jan 8, 2010 | Danilecki,John H | Conduct Unbecoming (2 total) | Unfounded |
| E2009-089 | Citizen complaint | Nov 9, 2009 | Danilecki,John H | Self Identification (2 total) | Withdrawn |
| 706 | Citizen complaint | Jan 13, 2006 | Danilecki,John H | Respectful Treatment | Unfounded |
| 15304 | Internal investigation | Sep 9, 2004 | Danilecki,John H | Acceptance of Details (2 total) | Sustained |
| 13704 | Citizen complaint | Aug 17, 2004 | Danilecki,John H | Use of Force | Unfounded |
| 2403 | Citizen complaint | Jan 27, 2003 | Danilecki,John H | Respectful Treatment | Unfounded |
| 20902 | Citizen complaint | Nov 4, 2002 | Danilecki,John H | Neg.Duty/Unreasonable Judge | Sustained |

Showing 11 entries

# Articles

# Complaint E2010-001

This is a complaint filed with and/or investigation by the Internal Affairs Division of the Boston Police Department regarding the conduct of one-or-more BPD employees. Learn more about Internal Affairs.

| | |
|---|---|
| IA # | E2010-001 |
| Case # | N/A |
| Incident Type | Citizen complaint |
| Received | Jan 8, 2010 |
| Occurred | N/A |
| Summary | N/A |

## Officers and Allegations

| Name | Title | Badge # | Allegation | Finding | Finding Date | Action Taken |
|---|---|---|---|---|---|---|
| Danileck, John H | Lieutenantenant Detective | 48 | Conduct Unbecoming | Unfounded | Mar 11, 2010 | |
| Danileck, John H | Lieutenantenant Detective | 48 | Untruthfulness | Unfounded | Mar 11, 2010 | |

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| IAD Cases 2010 through 2020-08-15 | iad_cases_2010-01-01_to_2020-08-15.csv |

# Complaint IAD2019-0448

This is a complaint filed with and/or investigation by the Internal Affairs Division of the Boston Police Department regarding the conduct of one-or-more BPD employees. Learn more about Internal Affairs

| | |
|---|---|
| IA # | IAD2019-0448 |
| Case # | N/A |
| Incident Type | Citizen complaint |
| Received | Oct 1, 2019 |
| Occurred | N/A |
| Summary | N/A |

## Officers and Allegations

| Name | Title | Badge # | Allegation | Finding | Finding Date | Action Taken |
|---|---|---|---|---|---|---|
| Danilecki, John H | Captain | 48 | Neg.Duty/Unreasonable Judge | Not Sustained | May 27, 2020 | |
| Danilecki, John H | Captain | 48 | Self Identification | Not Sustained | May 27, 2020 | |

*[handwritten annotation: "Again never said who he was"]*

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| IAD Cases 2010 through 2020-08-15 | iad_cases_2010-01-01_to_2020-08-15.csv |

*[handwritten annotation: "My complaint Not on Record!"]*

# Complaint IAD2017-0032

This is a complaint filed with and/or investigation by the Internal Affairs Division of the Boston Police Department regarding the conduct of one-or-more BPD employees. Learn more about Internal Affairs

| | |
|---|---|
| IA # | IAD2017-0032 |
| Case # | N/A |
| Incident Type | Citizen complaint |
| Received | Jan 23, 2017 |
| Occurred | N/A |
| Summary | N/A |

## Officers and Allegations

| Name | Title | Badge # | Allegation | Finding | Finding Date | Action Taken |
|---|---|---|---|---|---|---|
| Danilecki, John, H | Captain | 48 | Respectful Treatment | Not Sustained | Jun 8, 2017 | |

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| IAD Cases 2010 through 2020-08-15 | iad_cases_2010-01-01_to_2020-08-15.csv |

| | | |
|---|---|---|
| ✓ \| Jun 17, 2020 | Boston Globe | second-highest-paid official last year, John Danilecki is currently the subject of an internal |
| \| Feb 27, 2020 | Boston Globe | Teenager driving wrong way charged with crashing stolen car in Dorchester while fleeing polic authorities said. Boston Police Captain John Danilecki said that officers had tried to stop th |
| \| Feb 27, 2020 | Boston Globe | 4 injured in Dorchester crash allegedly caused by stolen car fleeing police authorities said. Boston Police Captain John Danilecki said that officers had tried to stop a |
| | | 'This was a colossal waste of time,' Suffolk County DA Rachael Rollins says of judge refusing t |

Showing 12 entries

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| Employee Earnings Report | 2011_2020_bpd_earnings_with_ids.csv |
| BPD CY2015 Annual Earnings File | CY2015_Annual_Earnings_BPD.csv |
| BPD Alpha Listing with Badges | ALPHa_LISTING_BPD_with_badges_1.csv |
| 2020 Alpha Listing | alpha_listing_20200715.csv |
| Roster 2020-09-04 | roster_20200904.csv |

## Additional Source Materials

For the incident journal, paid details, traffic citations, field contacts, and complaints listed above, the source materials for each record are listed on the page for that record. Click through each record to see from where it was sourced.

*in Detail*

| Customer | Address | Start | Worked | Pay |
|---|---|---|---|---|
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 24, 2019 9:00 am | 6:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 23, 2019 9:30 am | 5:30 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 17, 2019 9:30 am | 5:30 | $480.00 |
| on SPS New England, Inc | ALFORD ST | Apr 16, 2019 8:30 am | 2:00 | $240.00 |
| on UMBRO & SONS CONSTRUCTION | MT VERNON ST & RIVER ST | Apr 30, 2019 9:00 am | 6:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 3, 2019 9:30 am | 5:30 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 5, 2019 10:00 am | 5:00 | $480.00 |
| on UMBRO & SONS CONSTRUCTION | ENDICOTT ST & STILLMAN ST | Apr 1, 2019 10:30 am | 5:00 | $480.00 |
| on SUSI MARIO & SON | HARRISON AV & THORNDIKE ST | Mar 26, 2019 9:00 am | 6:00 | $480.00 |
| RED SOX - BOSTON RED SOX ASSOCIATION | FENWAY | Apr 14, 2019 10:45 am | 7:00 | $480.00 |

Showing 109 entries

## Traffic Citations

Traffic citations issued by this officer in 2011 - 2020. Learn more

| # | & | Date | Officer | Agency | Location | Amount | Type | Source | Violator |
|---|---|---|---|---|---|---|---|---|---|
| T0227642 | N | Jun 26, 2019 2:05 pm | Danilecki, John H | District A-1 | Boston | $0.00 | CIVIL | N/A | OPERATOR |
| T0853030 | N | Jun 13, 2018 11:16 pm | Danilecki, John H | Area B | Roxbury | $705.00 | CIVIL | N/A | OPERATOR |
| T0243885 | N | Sep 6, 2017 6:00 pm | Danilecki, John H | Area B | Roxbury | $255.00 | CIVIL | N/A | OPERATOR |
| R2167189 | N | Jun 2, 2012 1:00 am | Danilecki, John H | Area A | Boston | $0.00 | CIVIL | N/A | OPERATOR |
| R2167909 | N | May 17, 2012 6:00 pm | Danilecki, John H | Area J | Roxbury | $0.00 | CRIM | N/A | OPERATOR |
| R2167908 | N | May 17, 2012 6:00 pm | Danilecki, John H | Area J | Roxbury | $0.00 | CRIM | N/A | OPERATOR |
| M4670719 | N | May 3, 2011 3:00 pm | Danilecki, John H | Area D | S Boston | $150.00 | CIVIL | N/A | OPERATOR |

Showing 7 entries

## Field Contacts

Field Interrogation and Observation (FIO) reports filed by this officer. Learn more

| FC # | Date | Contact Officer | Supervisor | Street | City | State | Zip | Frisk? | Veh. Srch? | Duration |
|---|---|---|---|---|---|---|---|---|---|---|

| Feb 27, 2020 | Boston Globe | 4 injured in Dorchester crash allegedly caused by stolen car fleeing police |

authorities said.Boston Police Captain John Danilecki said that officers had tried to stop a

This was a colossal waste of time,' Suffolk County DA Rachael Rollins says of judge refusing t...

Showing 12 entries

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
| --- | --- |
| Employee Earnings Report | 2011_2020_bpd_earnings_with_ids.csv |
| BPD CY2015 Annual Earnings File | CY2015_Annual_Earnings_BPD.csv |
| BPD Alpha Listing with Badges | ALPHa_LISTING_BPD_with_badges_1.csv |
| 2020 Alpha Listing | alpha_listing_20200715.csv |
| Roster 2020-09-04 | roster_20200904.csv |

## Additional Source Materials

For the incident journal, paid details, traffic citations, field contacts, and complaints listed above, the source materials for each record are listed on the page for that record. Click through each record to see from where it was sourced.

## Earnings

Details regarding this employee's compensation come from earnings reports published by the City of Boston. Learn more

This employee was the **4th highest earner** in 2020.



| Year | Name | Department | Title | Regular | | Retro | | Other | | C |
|------|------|------------|-------|---------|---|-------|---|-------|---|---|
| 2020 | Danilecki, John H | Boston Police Department | Police Captain | $162,770.15 | 47% | $0.00 | 0% | $24,504.13 | 7% | |
| 2019 | Danilecki, John H | Boston Police Department | Police Captain | $161,608.85 | 46% | $0.00 | 0% | $24,040.29 | 6% | |
| 2018 | Danilecki, John H | Boston Police Department | Police Captain | $155,283.95 | 44% | $19,272.18 | 5% | $23,421.44 | 6% | |
| 2017 | Danilecki, John H | Boston Police Department | Police Captain | $142,886.58 | 46% | $0.00 | 0% | $21,998.80 | 7% | |
| 2016 | Danilecki, John H | Boston Police Department | Police Captain | $146,058.90 | 46% | $0.00 | 0% | $22,029.12 | 6% | |
| 2015 | Danilecki, John H | Boston Police Department | Police Captain | $145,387.62 | 47% | $0.00 | 0% | $24,855.95 | 8% | |
| 2014 | Danilecki, John H | Boston Police Department | Police Captain | $131,219.38 | 41% | $37,210.94 | 11% | $19,757.04 | 6% | |
| 2013 | Danilecki, John H | Boston Police Department | Police Captain | $121,243.98 | 45% | $0.00 | 0% | $15,662.60 | 5% | |
| 2012 | Danilecki, John H | Boston Police Department | Police Captain | | | $0.00 | | | | |

## Incident Journal

Incident reports filed by this officer. This information comes from the public journal reports published by the BPD. This data is incomplete; officers respond to many incidents that do not then appear in the journal. Learn more

| Incident # | 🔗 | Occurred | District | Shooting? | Location | Offenses | Officer | Clearance | # of Victims |
|------------|---|----------|----------|-----------|----------|----------|---------|-----------|--------------|
| | | | | | No data available in table | | | | |

# Complaint 13704

This is a complaint filed with and/or investigation by the Internal Affairs Division of the Boston Police Department regarding the conduct of one-or-more BPD employees. Learn more about Internal Affairs

| | |
|---|---|
| IA # | 13704 |
| Case # | 5754 |
| Incident Type | Citizen complaint |
| Received | Aug 17, 2004 |
| Occurred | N/A |
| Summary | N/A |

## Officers and Allegations

| Name | Title | Badge # | Allegation | Finding | Finding Date | Action Taken |
|---|---|---|---|---|---|---|
| Canless, John H | Captain | 48 | Use of Force | Unfounded | N/A | |

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| BPD IA Data 2001 - 2011 | bpd_ia_data_2001_2011.txt |

# Complaint E2009-089

This is a complaint filed with and/or investigation by the Internal Affairs Division of the Boston Police Department regarding the conduct of one-or-more BPD employees. Learn more about Internal Affairs

| | |
|---|---|
| IA # | E2009-089 |
| Case # | N/A |
| Incident Type | Citizen complaint |
| Received | Nov 9, 2009 |
| Occurred | N/A |
| Summary | N/A |

## Officers and Allegations

| Name | Title | Badge # | Allegation | Finding | Finding Date | Action Taken |
|---|---|---|---|---|---|---|
| Danilecki, John H | Captain | 48 | Self Identification | Withdrawn | Jan 12, 2009 | |
| Danilecki, John H | Captain | 48 | Respectful Treatment | Withdrawn | Jan 12, 2010 | |

*(handwritten annotation: "Never said a word")*

## Source Materials

This page contains data ingested from the following sources:

| Data Source | Filename |
|---|---|
| BPD IA Data 2001 - 2011 | bpd_ia_data_2001_2011.txt |