UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID NAVE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br><br>Defendants. | Civil Action No. 22-cv-10442-LTS |

ORDER

March 29, 2022

SOROKIN, D.J.

*Pro se* plaintiff David Nave has filed a civil complaint and a motion for leave to proceed *in forma pauperis*. In his complaint, he alleges that, on March 30, 2019, Boston Police Officer John Danilecki used excessive force against him. Nave names Danilecki, the City of Boston, and the Boston Police Department ("BPD") as defendants.

Upon review of the complaint and the *in forma pauperis* motion, the Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* is GRANTED.

2. The BPD shall be dismissed as a defendant in this action. The BPD is not an independent legal entity that is subject to suit. Rather, it is a department of the City of Boston. *See Stratton v. City of Boston*, 731 F. Supp. 42, 46–47 (D. Mass. 1989). Thus, claims of wrongdoing by the BPD are in fact claims of wrongdoing by the City of Boston. The Clerk shall terminate the BPD as a defendant, and all claims against the BPD shall be construed as claims against the City of Boston.

3.      The Clerk shall issue summonses for the City of Boston and Danilecki.  Nave is responsible for ensuring that (a) the summonses, complaint, and this order are served on the defendants; and (b) said service is executed in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4.      The aforesaid service must be completed within 90 days of the issuance of the summonses.  Failure to complete service in a timely fashion may result in dismissal of the action without prior notice to the plaintiff.  *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

5.      Because Nave is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  If so asked by Nave, the USMS shall serve the summonses, complaint, and this order on the defendants as directed by the plaintiff.  Nave is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.  The Clerk shall provide Nave with USM-285 forms and instructions for service by the USMS.

SO ORDERED.

                                         /s/ Leo T. Sorokin
                                         UNITED STATES DISTRICT JUDGE