UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:22-cv-10442-LTS

DAVID NAVE,
           Plaintiff
v.

CITY OF BOSTON,
JOHN DANILECKI,
             Defendants

### DEFENDANTS CITY OF BOSTON AND JOHN DANILECKI MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, City of Boston and John Danilecki, hereby move this Honorable Court for an extension of time, up to and including August 5, 2022, to answer or otherwise respond to Plaintiff's Complaint in this matter. In support of this motion, the Defendants submits the following:

1. Undersigned counsel does not yet have authority to represent Boston Police Captain John Danilecki.[1] Undersigned counsel does represent the City of Boston. Before an individual officer may be represented by the City of Boston Law Department, he or she must submit a request for representation to the City which must be cleared by several departments, including the Boston Police Commissioner and the City's Corporation Counsel. The City's Corporation Counsel must determine whether a case could pose a conflict of interest prior to accepting representation requests by individual officers when the City is also a named defendant. This process often takes several weeks.

---

[1] A limited notice of appearance was filed on his behalf by undersigned counsel.

2. The process of determining representation of Captain Danilecki has begun and should be resolved shortly.

3. Because Captain Danilecki's request for representation has not yet been acted upon, undersigned counsel has not yet been able to meet with Captain Danilecki to prepare a response.

4. The requested additional time is needed for both the City and Captain Danilecki in order to resolve any conflicts and clarify defenses prior to submission of any answer or response.

5. The answer in this matter is due on July 11, 2022.

6. No party will be prejudiced by the allowance of this Motion.

WHEREFORE, the Defendants, City of Boston and John Danilecki, respectfully requests an extension of time, up to and including August 5, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted:

**CITY OF BOSTON**

**JOHN DANILECKI**

By their attorneys:

Adam N. Cederbaum
Corporation Counsel


/s/ Sarah J. McAteer
Sarah J. McAteer (BBO# 706403)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4048
Sarah.McAteer@boston.gov

/s/ Elizabeth L. Bostwick
Elizabeth L. Bostwick (BBO# 644498)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4031
Elizabeth.Bostwick@boston.gov

## CERTIFICATE OF SERVICE

I, Sarah J. McAteer, hereby certify that I served a true copy of the above document upon Plaintiff via this court's electronic filing system on July 6, 2022 and mailed the same through U.S. mail.

/s/ Sarah J. McAteer
Sarah J. McAteer

## 7.1 CERTIFICATION

I, Sarah J. McAteer, hereby certify that I attempted to conferred with Plaintiff on July 5, 2022 regarding the relief requested herein, but was unable to reach him.

/s/ Sarah J. McAteer
Sarah J. McAteer