UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID NAVE,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF BOSTON and<br>JOHN DANILECKI,<br><br>             Defendants. | Civil Action No.<br>1: 22-cv-10442 LTS |

ORDER TO SHOW CAUSE

September 9, 2022

SOROKIN, J.

　　　The plaintiff filed this action on March 22, 2022. Doc. No. 1. Summons issued and service was effected. Doc. Nos. 7, 8, 13. On August 3, 2022, the City of Boston filed a motion to dismiss the claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6), arguing the plaintiff had not plausibly alleged any actionable claim against the City under either federal or state law. Doc. No. 14. On August 18, 2022, John Danilecki filed a motion seeking a more definite statement pursuant to Rule 12(e), arguing the plaintiff's Complaint did not comply with Rules 8(a) and 10 in various ways. Doc. No. 20. The deadlines for the plaintiff's responses to both defendants' motions has now passed (on August 18 and September 1, 2022, respectively). To date, the plaintiff has neither opposed the defendants' motions, sought an extension of the relevant deadlines, nor made any other submissions since his Complaint was served.

　　　Accordingly, the Court now ORDER the plaintiff David Nave to show cause, no later than October 11, 2022, why this case should not be dismissed for failure to prosecute, failure to

oppose the defendants' motions, and/or failure to remedy the pleading deficiencies identified by the defendants.

                                                        SO ORDERED

                                                        /s/ Leo T. Sorokin
                                                        U.S. DISTRICT JUDGE